UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAISY MONTICH, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MIELE USA, INC.,<br><br>Defendant. | Civil Action No. 3:11-cv-02725-FLW-DEA<br><br>RECEIVED<br><br>JUN 3 0 2011<br>AT 8:30<br>WILLIAM T. WALSH     M<br>CLERK |

**ORDER GRANTING PRO HAC VICE APPLICATION OF
LAWRENCE E. SAVELL, ESQUIRE, PURSUANT TO L. CIV. R. 101.1**

This matter having come before the Court upon the application of Defendant, Miele USA, Inc. ("Defendant"), through its counsel, John B. Kearney, Esquire of Ballard Spahr LLP, for an Order granting the Application of Lawrence E. Savell, Esquire for *pro hac vice* admission; and due notice having been given to all counsel of record; and this Court having considered the submissions of Defendant, any opposition thereto, and arguments of counsel, if any; and plaintiff's counsel having consented; and good cause having been shown;

IT IS THIS _30th_ day of _June_, 2011 **ORDERED** that Defendants' application for an Order admitting Lawrence E. Savell, Esquire, pro hac vice is **GRANTED**.

_____
Douglas Arpert, U.S.M.J.

— unopposed / consent