Case 3:11-cv-02725-FLW -DEA   Document 8-3   Filed 06/24/11   Page 1 of 1 PageID: 37

## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

DAISY MONTICH, individually and on behalf of all other similarly situated,

Plaintiff,

v.

MIELE USA, INC.,

Defendant.

Civil Action No. 3:11-cv-02725-FLW-DEA

**RECEIVED**

**JUN 3 0 2011**

AT 8:30_____ M
WILLIAM T. WALSH
CLERK

### ORDER GRANTING PRO HAC VICE APPLICATION OF
### MARY T. YELENICK, ESQUIRE, PURSUANT TO L. CIV. R. 101.1

This matter having come before the Court upon the application of Defendant,

Miele USA, Inc. ("Defendant"), through its counsel, John B. Kearney, Esquire of Ballard Spahr

LLP, for an Order granting the Application of Mary T. Yelenick, Esquire for *pro hac vice*

admission; and due notice having been given to all counsel of record; and this Court having

considered the submissions of Defendant, any opposition thereto, and arguments of counsel, if

any; and plaintiff's counsel having consented; and good cause having been shown;

**IT IS THIS** _____ **day of** _____, 2011 **ORDERED** that

Defendants' application for an Order admitting Mary T. Yelenick, Esquire, pro hac vice is

**GRANTED.**

_____
Douglas Arpert, U.S.M.J.

