UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAISY MONTICH, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MIELE USA, INC.,<br><br>Defendant. | Civil Action No. 3:11-cv-02725-FLW-DEA<br><br>RECEIVED<br><br>JUN 3 0 2011<br><br>AT 8:30_____M<br>WILLIAM T. WALSH<br>CLERK |

**ORDER GRANTING PRO HAC VICE APPLICATION OF
PHOEBE A. WILKINSON, ESQUIRE, PURSUANT TO L. CIV. R. 101.1**

This matter having come before the Court upon the application of Defendant, Miele USA, Inc. ("Defendant"), through its counsel, John B. Kearney, Esquire of Ballard Spahr LLP, for an Order granting the Application of Phoebe A. Wilkinson, Esquire for *pro hac vice* admission; and due notice having been given to all counsel of record; and this Court having considered the submissions of Defendant, any opposition thereto, and arguments of counsel, if any; and plaintiff's counsel having consented; and good cause having been shown;

**IT IS THIS** 30th **day of** June **, 2011 ORDERED** that Defendants' application for an Order admitting Phoebe A. Wilkinson, Esquire, pro hac vice is **GRANTED**.

_____
Douglas Arpert, U.S.M.J.

*unopposed/Consent*