RECEIVED

AUG 0 5 2011

AT 8:30_____M
WILLIAM T. WALSH
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAISY MONTICH, individually and on behalf of all others similarly situated | Civil Action No. 3:11-cv-02725-FLW-DEA |
| Plaintiff | |
| v.<br>MIELE USA, INC., | CONSENT ORDER EXTENDING TIME TO ANSWER OR OTHERWISE MOVE FOR DEFENDANT MIELE USA, INC. |
| Defendant. | |

THIS MATTER having come before the Court by the application of counsel for Defendant Miele USA, Inc., for an extension of time to answer, move or otherwise respond to the Complaint of Daisy Montich, individually and on behalf of all others similarly situated, previously filed in which Miele USA, Inc. was named as Defendant; and counsel for Daisy Montich, having consented to this Consent Order, and having stipulated and agreed on behalf of their respective clients to extend the time to August 18, 2011 within which Defendant Miele USA, Inc. may answer, move or otherwise respond to the Complaint; and for other good cause shown;

IT IS on this _5th_ day of August, 2011 Ordered that the time within which Defendant Miele USA, Inc. may answer, move or otherwise respond to the Complaint is hereby extended to and including August 18, 2011.

IT IS FURTHER ORDERED that a true copy of this Consent Order will be served on counsel for all parties to this case within seven days of its entry.

IT IS SO ORDERED

_____
Honorable Douglas Arpert
U.S.M.J.

By their signature set forth below, the counsel identified below consent to the form and substance of this Consent Order and to its immediate entry.

Ballard Spahr LLP

By: _____
John B. Kearney
Ballard Spahr LLP
210 Lake Drive East, Suite 200
Cherry Hill, NJ 08002-1163
Attorney for Defendant Miele USA, Inc.

Of Counsel - Chadbourne & Parke LLP
Phoebe A. Wilkinson
Mary T. Yelenick
Lawrence E. Savell
30 Rockefeller Plaza
New York, NY 10112
Attorneys for Defendant Miele USA, Inc.


Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C.


By: _____
James E. Cecchi
5 Becker Farm Road
Roseland, NJ 07068-1751
Attorneys for Plaintiff Daisy Montich

Of Counsel - Seeger Weiss LLP
Jonathan Shub
1515 Market Street, Suite 1380
Philadelphia, PA 19102
Attorneys for Plaintiff Daisy Montich

Of Counsel - Freed & Weiss LLC
Jamie E. Weiss
Julie D. Miller
111 West Washington Street
Suite 1331
Chicago, IL 60602
Attorneys for Plaintiff Daisy Montich