IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

John B. Kearney, Esq.
kearneyj@ballardspahr.com
BALLARD SPAHR LLP
210 Lake Drive East
Suite 200
Cherry Hill, NJ  08002
Telephone: 856.761.3400
Facsimile: 856.761.1020
*Attorneys for Defendant Miele USA, Inc.*

| | |
|---|---|
| DAISY MONTICH, individually and on behalf of all other similarly situated,<br><br>           Plaintiff,<br><br>    v.<br><br>MIELE USA, INC.,<br><br>           Defendant. | Civil Action No. 3:11-cv-02725-FLW-DEA |

TO:     James E. Cecchi, Esquire
Carella, Byrne, Cecchi,
Olstein, Brody & Agnello, P.C.
5 Becker Farm Road
Roseland, NJ  07068
(973) 994-1700
*Attorneys for Plaintiff*

**PLEASE TAKE NOTICE** that on September 19, 2011 at 10:00 am, or as soon thereafter as counsel may be heard, the undersigned attorney for Defendant, Miele USA, Inc. ("Defendant"), shall move before the Honorable Freda L. Wolfson, United States District Judge, at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ  08608, for an Order Dismissing Plaintiff's Putative Class Action Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b).

**PLEASE TAKE FURTHER NOTICE** that the undersigned will rely upon the accompanying Brief in Support of Motion and Certification of Counsel (with attached exhibits).

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

A proposed form of Order is attached.

DATED:  August 18, 2011

Respectfully submitted,

/s/  John B. Kearney
John B. Kearney, Esq.
BALLARD SPAHR LLP
210 Lake Drive East, Suite 200
Cherry Hill, New Jersey 08002
T: 856-761-3400
F: 856-761-1020
kearneyj@ballardspahr.com

Of Counsel:

Mary T. Yelenick, Esq. (*Pro Hac Vice*)
Phoebe A. Wilkinson, Esq. (*Pro Hac Vice*)
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, New York  10112
T: 212-408-5100
F: 212-541-5369
MYelenick@chadbourne.com
PWilkinson@chadbourne.com

*Counsel for Defendant Miele USA, Inc.*