# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
### COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | **5 BECKER FARM ROAD**<br>**ROSELAND, N.J. 07068-1739**<br>**PHONE (973) 994-1700**<br>**FAX (973) 994-1744**<br>www.carellabyrne.com | RICHARD K. MATANLE, II | RAYMOND J. LILLIE |
| BRENDAN T. BYRNE | DONALD F. MICELI | | FRANCIS C. HAND | WILLIAM SQUIRE |
| PETER G. STEWART | A. RICHARD ROSS | | AVRAM S. EULE | ALAN J. GRANT° |
| ELLIOT M. OLSTEIN | KENNETH L. WINTERS | | RAYMOND W. FISHER | RAYMOND E. STAUFFER° |
| ARTHUR T. VANDERBILT, II | JEFFREY A. COOPER | | | STEPHEN R. DANEK |
| JAN ALAN BRODY | CARL R. WOODWARD, III | | OF COUNSEL | ERIC MAGNELLI |
| JOHN M. AGNELLO | MELISSA E. FLAX | | | DONALD A. ECKLUND |
| CHARLES M. CARELLA | DENNIS F. GLEASON | | | AUDRA E. PETROLLE |
| JAMES E. CECCHI | DAVID G. GILFILLAN | | | MEGAN A. NATALE |
| | G. GLENNON TROUBLEFIELD | | | °MEMBER N.Y. BAR ONLY |
| | BRIAN H. FENLON | | | |
| JAMES D. CECCHI (1933-1995) | KHOREN BANDAZIAN | | | |
| JOHN G. GILFILLAN III (1936-2008) | LINDSEY H. TAYLOR | | | |

September 2, 2011

<u>Via ECF</u>

Clerk
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

      Re:    *Montich v. Miele USA, Inc.*
              <u>Civil Action No. 11-2725 (FLW)(DEA)</u>

Dear Sir:

      This firm, along with our co-counsel, represents Plaintiff in the above referenced matter. Pursuant to Local Civil Rule 7.1(d)(5), Plaintiff invokes the automatic extension to adjourn a motion to dismiss filed by defendant Miele USA, Inc. The motion was originally returnable on September 19, 2011. The motion is now returnable on October 3, 2011, which is the next available motion day.

      Thank you for your attention to this matter.

                                Very truly yours,

                                CARELLA, BYRNE, CECCHI,
                          OLSTEIN, BRODY & AGNELLO, P.C.

                                /s/ Lindsey H. Taylor

                                LINDSEY H. TAYLOR

     cc:    All Counsel (via ECF)