UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAISY MONTICH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MIELE USA, INC.,<br><br>Defendants. | Civil Action No. 3:11-cv-02725-FLW-DEA<br><br>**NOTICE OF FIRM NAME CHANGE** |

PLEASE TAKE NOTE that effective December 22, 2011, Freed & Weiss LLC, counsel for Plaintiffs, have changed its name to Complex Litigation Group LLC. The firm and its lawyers' addresses, telephone numbers, and facsimile numbers have not changed. Counsel's email addresses have changed to:

| | |
|---|---|
| Julie D. Miller | juliem@complexlitgroup.com |
| Paul M. Weiss | paul@complexlitgroup.com |

Dated: January 11, 2012        COMPLEX LITIGATION GROUP LLC

/s/ Julie D. Miller
Julie D. Miller
111 W. Washington Street
Suite 1331
Chicago, IL 60602
(312) 220-0000
(312) 220-7777 – fax
juliem@complexlitgroup.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, affirms that on January 11, 2012, she filed an electronic copy of the foregoing document with the Clerk of Court using the ECF system, which will send notification of such filing to counsel of record.

/s/ Julie D. Miller
Julie D. Miller
Complex Litigation Group LLC
111 W. Washington Street
Suite 1331
Chicago, IL 60602
(312) 220-0000
(312) 220-7777 – fax
juliem@complexlitgroup.com