UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAISY MONTICH, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>MIELE USA, INC.,<br><br>      Defendants. | Civil Action No. 3:11-cv-02725-FLW-DEA<br><br>**NOTICE OF FIRM<br>ADDRESS/PHONE CHANGE** |

  PLEASE TAKE NOTE that Complex Litigation Group LLC, counsel for Plaintiffs, has moved its Chicago office, effective immediately. The new address/phone numbers is as follows:

 Complex Litigation Group LLC
 513 Central Avenue, Suite 300
 Highland Park, IL  60035
 Telephone:  (847) 433-4500
 Facsimile:  (847) 433-2500

 The address/phone numbers for our St. Louis office is unchanged.

 Please note your files accordingly.


Dated: February 16, 2012    COMPLEX LITIGATION GROUP LLC


              /s/ Julie D. Miller
              Julie D. Miller
              513 Central Avenue, Suite 300
              Highland Park, IL 60035
              Telehpone:  (847) 433-4500
              Facsimile:  (847) 433-2500
              juliem@complexlitgroup.com

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, affirms that on February 16, 2012, she filed an electronic copy of the foregoing document with the Clerk of Court using the ECF system, which will send notification of such filing to counsel of record.

/s/ Julie D. Miller
Julie D. Miller
Complex Litigation Group LLC
513 Central Avenue, Suite 300
Highland Park, IL 60035
Telehpone:  (847) 433-4500
Facsimile:  (847) 433-2500
juliem@complexlitgroup.com