UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAISY MONTICH, on behalf of herself and all others similarly situated, | |
| Plaintiffs | Civil Action No. 11-02725 |
| v. | **ORDER** |
| MIELE USA, INC., | |
| Defendant | |

This matter having been opened to the Court by Defendant, Miele USA, Inc. ("Defendant") on a Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6); the Court having considered the Motion pursuant to Fed. R. Civ. P. 78; for the reasons stated in the Opinion filed on this date; and for good cause shown;

**IT IS** on this 27th day of March, 2012,

**ORDERED** that Defendant's Motion is **GRANTED IN PART** and **DENIED IN PART**; specifically, it is

**ORDERED** that Count I is **DISMISSED WITH PREJUDICE**

**ORDERED** that Count II is **DISMISSED WITHOUT PREJUDICE** with leave for Plaintiff to file an amended complaint within 20 days of this Order; and

**ORDERED** that Defendant's Motion to Dismiss Counts III and IV is **DENIED**.

/s/    Freda L. Wolfson
Honorable Freda L. Wolfson
United States District Judge