Scott Alan George, Esq.
Sgeorge@seegerweiss.com
SEEGER WEISS LLP
550 Broad Street
Newark, NJ 07102
Tel.  973-639-9100
Fax. 973-639-9393
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DAISY MONTICH, individually and on behalf of all other similarly situated,<br><br>         Plaintiff,<br>    v.<br><br>MIELE USA, INC.,<br><br>         Defendant. | Civil Case No. 3:11-cv-02725-FLW-DEA<br><br>**NOTICE OF ENTRY OF APPEARANCE** |

   PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of the Plaintiff in the above matter.

Dated: March 29, 2012                    SEEGER WEISS LLP

                                          /s/                              
                                         SCOTT ALAN GEORGE
                                         550 Broad Street
                                         Newark, NJ 07102
                                         Tel.  973-639-9100
                                         Fax. 973-639-9393
                                         *Attorneys for Plaintiffs*