RECEIVED
APR 04 2012
AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAISY MONTICH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MIELE, INC.,<br><br>Defendant. | Civil Action No.: 3:11-cv-02725-FLW-DEA<br><br>[~~PROPOSED~~] ORDER GRANTING *PRO HAC VICE* ADMISSION OF JONATHAN SHUB |

**THIS MATTER** having been presented to the Court upon the application of SEEGER WEISS, LLP, attorneys for Plaintiff, seeking the *pro hac vice* admission in this action of Jonthan Shub, and with the consent of the Defendants, and for good cause shown;

**IT IS** on this 4th day of April, 2012, **ORDERED** that Jonathan Shub is hereby granted admission *pro hac vice* to speak for and participate on behalf of Plaintiff in this matter in the same manner as attorneys authorized to practice law in this State; and

**IT IS FURTHER ORDERED** that Jonathan Shub shall abide by the provisions of the New Jersey Court Rules including all disciplinary rules, and shall also specifically comply with the provisions of R. 1:21-2, R. 1:20-1(b) (payment annually to the Oversight Committee), and R. 1:28-2 (payment annually to the New Jersey Lawyers' Fund for Client Protection), during the time of his *pro hac vice* admission; and

**IT IS FURTHER ORDERED** that Jonathan Shub shall notify the Court immediately of any matter affecting their standing as members of the bar of any other Court; and

**IT IS FURTHER ORDERED** that all pleadings, briefs and any other papers filed with the Court in this matter be signed by an attorney of record authorized to practice in this State.

_____
J.
**Douglas E. Arpert, U.S.M.J.**

Date _April 4, 2012_

— unopposed/consent
+ terminate dkt. entry nos. 32 – 33