RECEIVED
MAY 15 2012
AT 8:30 _____
WILLIAM T. WALSH
CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAISY MONTICH, individually and on behalf of all other similarly situated | Civil Action No. 3:11-cv-02725-FLW-DEA |
| Plaintiff | |
| v. | **CONSENT ORDER EXTENDING TIME TO ANSWER OR OTHERWISE MOVE FOR DEFENDANT MIELE USA, INC.** |
| MIELE USA, INC., | |
| Defendant. | |

THIS MATTER having come before the Court by the application of counsel for Defendant Miele USA, Inc., for an extension of time to answer, move or otherwise respond to the Amended Complaint of Daisy Montich, individually and on behalf of all other similarly situated, previously filed in which Miele USA, Inc. was named as Defendant; and counsel for Daisy Montich, having consented to this Consent Order, and having stipulated and agreed on behalf of their respective clients to extend the time to May 18, 2012 within which Defendant Miele USA, Inc. may answer, move or otherwise respond to the Complaint; and for other good cause shown;

IT IS on this 15th day of May, 2012 Ordered that the time within which Defendant Miele USA, Inc. may answer, move or otherwise respond to the Amended Complaint is hereby extended to May 18, 2012.

IT IS FURTHER ORDERED that a true copy of this Consent Order will be served on counsel for all parties to this case within seven days of its entry.

IT IS SO ORDERED

_____
Honorable Douglas Arpert
U.S.M.J.

By their signature set forth below, the counsel identified below consent to the form and substance of this Consent Order and to its immediate entry.

Ballard Spahr LLP

By: _____
John B. Kearney
Ballard Spahr LLP
210 Lake Drive East, Suite 200
Cherry Hill, NJ 08002-1163
Attorney for Defendant Miele USA, Inc.

Of Counsel:
    Chadbourne & Parke LLP
    Phoebe A. Wilkinson
    Mary T. Yelenick
    30 Rockefeller Plaza
    New York, NY 10112
    Attorneys for Defendant Miele USA, Inc.

Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C.

By: _____
James E. Cecchi
Lindsay H. Taylor
5 Becker Farm Road
Roseland, NJ 07068-1751
Attorneys for Daisy Montich

2