RECEIVED

MAY 2 4 2012

AT 8:30_____M
WILLIAM T. WALSH
CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DAISY MONTICH, individually and on behalf of all other similarly situated | : Civil Action No. 3:11-cv-02725-FLW-DEA |
| Plaintiff | : |
| v. | : **CONSENT ORDER EXTENDING** |
| MIELE USA, INC., | : **TIME TO ANSWER OR OTHERWISE MOVE FOR DEFENDANT MIELE USA, INC.** |
| Defendant. | : |

THIS MATTER having come before the Court by the application of counsel for

Defendant Miele USA, Inc., for an extension of time to answer, move or otherwise respond to

the Amended Complaint of Daisy Montich, individually and on behalf of all other similarly

situated, previously filed in which Miele USA, Inc. was named as Defendant; and counsel for

Daisy Montich, having consented to this Consent Order, and having stipulated and agreed on

behalf of their respective clients to extend the time to May 30, 2012 within which Defendant

Miele USA, Inc. may answer, move or otherwise respond to the Complaint; and for other good

cause shown;

IT IS on this _24th_ day of May, 2012 Ordered that the time within which Defendant

Miele USA, Inc. may answer, move or otherwise respond to the Amended Complaint is hereby

extended to May 30, 2012.

IT IS FURTHER ORDERED that a true copy of this Consent Order will be served on

counsel for all parties to this case within seven days of its entry.

IT IS SO ORDERED

_____
Honorable Douglas Arpert
U.S.M.J.

By their signature set forth below, the counsel identified below consent to the form and

substance of this Consent Order and to its immediate entry.

Ballard Spahr LLP


By:     /s/ John B. Kearney
        John B. Kearney
        Ballard Spahr LLP
        210 Lake Drive East, Suite 200
        Cherry Hill, NJ  08002-1163
        Attorney for Defendant Miele USA, Inc.

Of Counsel:
        Chadbourne & Parke LLP
        Phoebe A. Wilkinson
        Mary T. Yelenick
        30 Rockefeller Plaza
        New York, NY 10112
        Attorneys for Defendant Miele USA, Inc.

Carella, Byrne, Cecchi, Olstein, Brody &
Agnello, P.C.


By:     /s/ Lindsay H. Taylor
        James E. Cecchi
        Lindsay H. Taylor
        5 Becker Farm Road
        Roseland, NJ 07068-1751
        Attorneys for Daisy Montich

2