# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

RECEIVED MAY 31 2012 AT 8:30 WILLIAM T. WALSH CLERK

| | |
|---|---|
| DAISY MONTICH, individually and on behalf of all other similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> MIELE USA, INC., <br><br> Defendant. | Civil Action No. 3:11-cv-02725-FLW-DEA <br><br> **CONSENT ORDER EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND FOR DEFENDANT MIELE USA, INC.** |

THIS MATTER having come before the Court by the application of counsel for Defendant Miele USA, Inc., for an extension of time to answer, move, or otherwise respond to the Amended Complaint of Daisy Montich, individually and on behalf of all others similarly situated, previously filed, in which Miele USA Inc. was named as Defendant; and counsel for Daisy Montich having consented to this Consent Order, and having stipulated and agreed on behalf of their client to extend the time within which Defendant Miele USA, Inc. may answer, move, or otherwise respond to the Amended Complaint up to and including June 8, 2012; and for other good cause shown;

IT IS on this 31st day of May, 2012 Ordered that the time within which Defendant Miele USA, Inc. may answer, move, or otherwise respond to the Amended Complaint is hereby extended up to and including June 8, 2012.

IT IS SO ORDERED

_____
HON. DOUGLAS ARPERT, U.S.M.J.

DMEAST #15119081 v1

By their signatures set forth below, the counsel identified below consent to the form and substance of this Consent Order, and to its immediate entry on the docket.

Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C.

By: /s/ Lindsey H. Taylor
    James E. Cecchi
    Lindsey H. Taylor
    5 Becker Farm Road
    Roseland, NJ 07068-1751

Attorneys for Daisy Montich

Ballard Spahr LLP

By: /s/ John B. Kearney
    John B. Kearney
    210 Lake Drive East, Suite 200
    Cherry Hill, NJ 08002-1163

Of Counsel:

    Chadbourne & Parke LLP
    Phoebe A. Wilkinson
    Mary T. Yelenick
    30 Rockefeller Plaza
    New York, NY 10112

Attorneys for Defendant Miele USA, Inc.