IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

John B. Kearney, Esq.
kearneyj@ballardspahr.com
BALLARD SPAHR LLP
210 Lake Drive East
Suite 200
Cherry Hill, NJ 08002
Telephone: 856.761.3400
Facsimile: 856.761.1020
*Attorneys for Defendant Miele USA, Inc.*

| | |
|---|---|
| DAISY MONTICH, individually and on behalf of all other similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>MIELE USA, INC.,<br><br>    Defendant. | Civil Action No. 3:11-cv-02725-FLW-DEA<br><br>**NOTICE OF MOTION** |

TO: James E. Cecchi, Esquire
   Carella, Byrne, Cecchi,
   Olstein, Brody & Agnello, P.C.
   5 Becker Farm Road
   Roseland, NJ 07068
   (973) 994-1700
   *Attorneys for Plaintiff*

   **PLEASE TAKE NOTICE** that on July 2, 2012 at 10:00 am, or as soon thereafter as counsel may be heard, the undersigned attorney for Defendant, Miele USA, Inc. ("Defendant"), shall move before the Honorable Freda L. Wolfson, United States District Judge, at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608, for an Order Dismissing Plaintiff's Amended Class Action Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b).

DMEAST #15165655 v1

**PLEASE TAKE FURTHER NOTICE** that the undersigned will rely upon the accompanying Brief in Support of Motion and Declaration (with attached exhibits).

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

A proposed form of Order is attached.

DATED:  June 8, 2012

Respectfully submitted,

/s/  John B. Kearney
John B. Kearney, Esq.
BALLARD SPAHR LLP
210 Lake Drive East, Suite 200
Cherry Hill, New Jersey 08002
T: 856-761-3400
F: 856-761-1020
kearneyj@ballardspahr.com

Of Counsel:

Mary T. Yelenick, Esq. (*Pro Hac Vice*)
Phoebe A. Wilkinson, Esq. (*Pro Hac Vice*)
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, New York  10112
T: 212-408-5100
F: 212-541-5369
MYelenick@chadbourne.com
PWilkinson@chadbourne.com

*Counsel for Defendant Miele USA, Inc.*

DMEAST #15165655 v1