UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAISY MONTICH, individually and on behalf of all others similarly situated,<br><br>                                    Plaintiff,<br><br>               -against-<br><br>MIELE USA, INC.,<br><br>                                    Defendant. | Civil Action No. 3:11-cv-02725-FLW-DEA |

## DECLARATION OF ROLAND WEINGARTNER IN SUPPORT OF MOTION BY DEFENDANT MIELE USA, INC. TO DISMISS PLAINTIFF'S AMENDED PUTATIVE CLASS ACTION COMPLAINT

ROLAND WEINGARTNER, hereby declares, pursuant to 28 U.S.C. § 1746, as follows:

1.     I am the Vice President of Technical Service for Miele USA, Inc. ("Miele").  I have held this position since approximately June 1, 2010.

2.     I submit this declaration in support of Miele's Motion to Dismiss Plaintiff's Amended Putative Class Action Complaint.

3.     I have reviewed the Amended Complaint filed in this action.

4.     Plaintiff alleges that she purchased a Miele front load washing machine "on or about July 27, 2007." (Amended Complaint ¶ 6.) Plaintiff also alleges that Miele provided an express warranty with its front load washing machines. (Amended Complaint ¶ 10.)

5.     Attached to this Declaration as Exhibit A is the Miele warranty that was provided to customers who purchased a Miele front load washing machine on or about July 27, 2007.  I

retrieved this document from Miele's files, where it is maintained in the ordinary course of business.

6.    Plaintiff alleges that "starting around the summer of 2008 she began experiencing problems with her Miele washing machine, specifically the machine began to have a mildew/mold odor" (amended complaint ¶ 20), and that she contacted Miele "about this problem." (Amended Complaint ¶ 22.) Plaintiff also alleges that Miele "sent her a Descaler to run in the machine on an empty cycle to allegedly remediate the mold/mildew problem." (Amended Complaint ¶ 22.)

7.    Attached to this Declaration as Exhibit B are the screen prints of the service history for Plaintiff's washing machine. I retrieved these screen prints from Miele's files, where they are maintained in the ordinary course of business.

8.    The screen prints show: 1) an overview, 2) a service order executed on October 28, 2010, 3) a completed telephone inquiry received from the customer on April 7, 2011, and 4) another completed telephone inquiry received from the customer on April 15, 2011.

I declare under penalty of perjury that the foregoing is true and correct.

Executed:  Princeton, New Jersey
           June 8, 2012

_____
                Roland Weingartner

EXHIBIT A

# LIMITED WARRANTY - RESIDENTIAL APPLIANCES USA

### Limited Warranty For Residential Appliances

### What the Warranty covers and for what period the coverage extends

Miele Inc. (hereinafter "Miele") warrants to the original purchaser of this product, living in the United States of America or Puerto Rico, who purchased their appliance from a Miele authorized distributor or dealer:

a. that this product, including all of its Miele authorized accessories, is free of defects in material and workmanship.

b. that this product, if found to be defective within the stated warranty period, will be repaired free of charge to the consumer (both parts and labor) by an authorized Miele service agent, provided the failure is reported directly to Miele.

The warranty period is one (1) year from the date of purchase. The warranty period will be extended an additional one (1) year if the product is properly installed and registered by an authorized Miele installer.

Residential appliances used for commercial purposes shall be warranted for a period of six (6) months from the date of purchase. Thereafter this Limited Warranty shall be null and void.

This warranty is only applicable while the product remains within the United States or Puerto Rico, and shall be null and void in any other US territories, possessions, or foreign countries.

### What is not covered by this Warranty

This warranty does not cover damage or defects caused by or resulting from repairs, service or alterations to the product or any of its parts or accessories which have been performed by service centers or repairmen not authorized by Miele, or damage or defects caused by negligence, improper installation, accident, abuse, misuse, or improper maintenance of the product, its parts or accessories. Ordinary wear and tear shall not be considered a defect in materials or workmanship.

### Exclusion of Other Warranties

Except for the limited warranty provided herein, Miele disclaims any and all other express warranties with respect to the product. Any warranty of merchantability or fitness for a particular purpose is limited in its duration to the term of the limited warranty provided herein.

Some states do not allow limitations on how long an implied warranty lasts, so the above limitation may not apply to you.

### Limitation of Liability for Special, Incidental or Consequential Damages

Miele specifically disclaims any and all liability, whether directly or by way of indemnity, for special incidental, consequential or other damages, whether based on breach of contract, tort, strict or product liability, or any other legal theory.

Some states do not allow the exclusion or limitation of incidental or consequential damages, so the above limitation may not apply to you.

### Special State Laws

This Limited Warranty gives you specific legal rights; you may have other rights, which vary, from state to state.

### Service

For service under this Limited Warranty, or for information you may need about the product, please contact Miele at the US address listed on the back of this booklet, or visit us at www.miele.com.

### Authorized Miele Dealers

To find an authorized Miele dealer in your area, please visit our website www.miele.com.

### MieleCare Extended Service Contracts

Please visit www.store.miele.com.

3

EXHIBIT B



Print | Log | Checklist

Equipment(1) - 1148400IUSA W4840 LC Washer

| Product/Order | Typ | Date | Status |
|---|---|---|---|
| w4840 LC Washer 854... | | 7/3/2007 | |
| 680000020526(1) | Service Order | 10/28/2010 | transfe... |
| 680000060722(1) | Enquiry Order | 4/7/2011 | comple... |
| 680000062830(1) | Enquiry Order | 4/15/2011 | comple... |
| 68CP000002511 | Residential | 6/2/2011 | proces... |

**Order**

| | |
|---|---|
| Type / OrdNo / ExtOrdNo | Service Order / 680000020526 / - |
| Status / MatStat / InvStatus | transferred / - / open |
| InvType / InvSubType / Price | 4 - To be invoiced / 0001 - Repair / 0.00 USD |
| Created / Closed / InvDate | 10/28/2010 / - / - |
| InvNo / InvNoRef / OrdNoRef | 680020506 / - / - |

**Next activity**

| | |
|---|---|
| Mobile User | SB - Waiting for execution / wait for reply |

**Error Description**

| | |
|---|---|
| Sym1 | 1 - Function |
| Sym2 | 6 - No water intake |
| FaultCode | F63 - Water path control unit fault |
| Condition | |
| Add. Info | faults at rinse |

**Product**

| | |
|---|---|
| ArtNo / ModelNo | 1148400IUSA / W4840 |
| ModelDesc | W4840 LC Washer |
| Rem | W4840 LC WASHER |
| PGrp / PType | Washing machines / - |
| SerialNo | 85458327 |
| PurchDate | 7/3/2007 |

**Activities completed**

**Engineer**

| | |
|---|---|
| name / User | Jesse Bean / SP00104 |
| Order start date / transferred | 10/28/2010 / - |
| respond code | |
| Follow Up/Description | - |
| Follow Up 2/Reason | - |
| **Technician's Comments [Internal]** | - |



(no filter active)

OrdNo | 680000002052( | Type: Service Order | Status: transferred | -

Overview | Order Items | Service Items | Roles | Log/Attachments | History | Errorlist | Checklists | Qualification | Tasks

in Equipment(1) - 11484001USA W4840 LC Washer

Checklist | Log | Print

| Product/Order | Typ | Date | Status |
|---|---|---|---|
| W4840 LC Washer ... | | 7/3/2007 | |
| 6800000020526(1) | Service Or... | 10/28/2010 | transferred |
| 6800000060722(1) | Enquiry Or... | 4/7/2011 | completed |
| 6800000062830(1) | Enquiry Or... | 4/15/2011 | completed |
| 68CP000002511 | Residential | 6/2/2011 | processed |

| | |
|---|---|
| **Order** | |
| Type / OrdNo / ExtOrdNo | Enquiry Order / 6800000060722 / - |
| Status / MatStat / InvStatus | completed / - / open |
| InvType / InvSubType / Price | 4 - To be invoiced / 0001 - Repair / 0.00 USD |
| Created / Closed / InvDate | 4/7/2011 / 4/7/2011 / - |
| InvNo / InvNoRef / OrdNoRef | 6800060715 / - / - |
| **Next activity** | |
| Office User | Closed By Phone / Care Products Recommended |
| **Error Description** | |
| Sym1 | 3 - Noises / Odors |
| Sym2 | X - Other noises / odors |
| FaultCode | |
| Condition | |
| Add. Info | Customer stated that the unit has a very foul odor and that the unit has a bunch of build up. I sent the custonmer some washing machine cleaner foc as goodwill in asw. |
| **Product** | |
| ArtNo / ModelNo | 11484001USA / W4840 |
| ModelDesc | W4840 LC Washer |
| Rem | W4840 LC WASHER |
| PGrp / PType | Washing machines / - |
| SerialNo | 85458327 |
| PurchDate | 7/3/2007 |
| **Activities completed** | |

Overview | Order Items | Service Items | Roles | Log/Attachments | History | Errorlist | Checklists | Qualification | Tasks |

Checklist | Log | Print

in | Equipment(1) - 1148400 1USA W4840 LC Washer

| Product/Order | Typ | Date | Status |
|---|---|---|---|
| W4840 LC Washer... | | 7/3/2007 | |
| 6800000020526(1) | Service Or... | 10/28/2010 | transferred |
| 6800000060722(1) | Enquiry Or... | 4/7/2011 | completed |
| 6800000062830(1) | Enquiry Or... | 4/15/2011 | completed |
| 68CP000002511 | Residential | 6/2/2011 | processed |

**Order**
Type / OrdNo / ExtOrdNo — Enquiry Order / 6800000062830 / -
Status / MatStat / InvStatus — completed / - / open
InvType / InvSubType / Price — 4 - To be invoiced / 0001 - Repair / 0.00 USD
Created / Closed / InvDate — 4/15/2011 / 4/15/2011 / -
InvNo / InvNoRef / OrdNoRef — 6800062824 / - / -

**Next activity**
Office User — Closed By Phone / Care & Maintenance Advice Given

**Error Description**
Sym1 — 1 - Function
Sym2 — X - Other functional failure
FaultCode
Condition
Add. Info — Customer called stating that he was sent dishwasher cleaner instead of washer cleaner. Sending correct product, f.o.c. as courtesy, on asw order #4195005.

**Product**
ArtNo / ModelNo — 1148400 1USA / W4840
ModelDesc — W4840 LC Washer
Rem — W4840 LC WASHER
PGrp / PType — Washing machines / -
SerialNo — 85458327
PurchDate — 7/3/2007

**Activities completed**

Overview | Order Items | Service Items | Roles | Log/Attachments | History | Errorlist | Checklists | Qualification | Tasks |

in | Equipment(1) - 11484001USA W4840 LC Washer

Checklist | Log | Print

| Product/Order | Typ | Date | Status |
|---|---|---|---|
| W4840 LC Washer... | | 7/3/2007 | |
| 68000000020526(1) | Service Or... | 10/28/2010 | transferred |
| 68000000060722(1) | Enquiry Or... | 4/7/2011 | completed |
| 68000000062830(1) | Enquiry Or... | 4/15/2011 | completed |
| 68CP000002511 | Residential | 6/2/2011 | processed |

Contacts
Contact Type / Type                    Residential / Created by Other
Contact Number / Status                68CP000002511 / processed
Complaint Overview and Resolution      Handle Normally. Please notify Roland or Charles after service call is scheduled or problem has been resolved.
Closure Time / Time of acceptance      - / 6/2/2011
Last contact / initiates               6/2/2011 / follow-up action changed
Follow Up                              Information Request / Processed
Reasons for contact

Field Service / Customer Unhappy With Repair

Overview | Order Items | Service Items | Roles | Log/Attachments | History | Errorlist | Checklists | Qualification | Tasks

Checklist | Log | Print

Equipment[1] - 1148400 USA W4840 LC Washer

| Product/Order | Typ | Date | Status |
|---|---|---|---|
| W4840 LC Washer 854... | | | |
| 6800000002052E(1) | Service Order | 7/3/2007 | transfe... |
| 6800000006072Z(1) | Enquiry Order | 10/28/2010 | comple... |
| 6800000006283D(1) | Enquiry Order | 4/7/2011 | comple... |
| 680000010955711(1) | Service Order | 4/15/2011 | comple... |
| 68CP000002511 | Residential | 6/2/2011 | proces... |

**Order**
Type / OrdNo / ExtOrdNo: Service Order / 680000105637 / -
Status / MatStat / InvStatus: completed / booked / Invoice sent to IBS
InvType / InvSubType / Price: 4 - Billable Call / 0001 - Repair / 175.00 USD
Created / Closed / InvDate: 9/21/2011 / 10/3/2011 / 10/4/2011
InvNo / InvNoRef / OrdNoRef: 6800105692 / - / -

**Next activity**
Mobile User: none / -

**Error Description**
Sym1: 1 - Function
Sym2: 1 - No Function
FaultCode
Condition
Add. Info: Customer is reporing that she is getting a technical fault error mid cycle. she would like a tech to hook up MDU and run cycle and see what is going on with the machine.
*** Customer is aware that call is billabe**

**Product**
ArtNo / ModelNo: 1148400 USA / W4840
ModelDesc: W4840 LC Washer
Rem: W4840 LC WASHER
PGrp / PType: Washing machines / -
SerialNo: 85458327
PurchDate: 7/3/2007

**Activities completed**

**Service Items**
9/22/11 usaoder cond.1 customer stated that he repeatedly gets the I63 fault. after inspecting appliance parts were ordered I will return when I have parts.
10/3/11 usaoder I returned with parts and replaced waterpath control unit and power electronic also ran a cycle and no faults.

| | | |
|---|---|---|
| TRIP CHARG Trip Charge - Residential | 1 | 175.00 [4 - Billable Call / 0001 - Repair] |
| 06642233  WATER PATH CONTROL UNIT | 1 | 174.30 [1 - Goodwill / 0001 - Service] |
| 06921582   Power-/Control unit | 1 | 616.64 [1 - Goodwill / 0001 - Service] |

**Engineer**
name / User: Oden / usaoder
Order start date / transferred: 10/3/2011 / 10/3/2011

respond code
Follow Up/Description: none / -
Follow Up 2/Reason: .

**Technician's Comments (Internal)**

**Actions (realised)**
M1: / / Commissioning Fault / Maintenance / Repaired, Spares Fitted /

**Engineer**
name / User: Oden / usaoder