## CERTIFICATE OF SERVICE

I, John B. Kearney, certify that, on this day, I caused the foregoing Motion by Defendant Miele USA, Inc. to Dismiss Plaintiff's Amended Class Action Complaint to be electronically filed with the Court, with a courtesy copy served via ECF and regular mail to the following counsel of record:

James E. Cecchi, Esq.
Carella Byrne Cecchi
Olstein Brody & Agnello, P.C.
5 Becker Farm Road
Roseland, NJ 07068-1751
(973) 994-1700

Jonathan Shub, Esq.
Seeger Weiss LLP
1515 Market Street
Suite 1380
Philadelphia, PA 19102
(215) 564-2300

Jamie E. Weiss, Esq.
Julie D. Miller, Esq.
Freed & Weiss LLC
111 West Washington Street
Suite 1331
Chicago, IL 60602
(312) 220-0000

Date: June 8, 2012

/s/ John B. Kearney
John B. Kearney