IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAISY MONTICH, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MIELE USA, INC.,<br><br>Defendant. | Civil Action No. 3:11-cv-02725-FLW-DEA |

## ORDER GRANTING MOTION TO DISMISS

This matter having come before the Court upon the application of Defendant, Miele USA, Inc. ("Defendant"), through its counsel, John B. Kearney, Esquire of Ballard Spahr LLP, for an Order Granting Defendant Miele USA, Inc.'s Motion to Dismiss Plaintiff's Amended Class Action Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b); and this Court having considered the submissions of Defendant, any opposition thereto, and arguments of counsel, if any; and good cause having been shown;

**IT IS THIS** _____ day of _____, 2012

**ORDERED** that Defendants' application for an Order to Dismiss Plaintiff's Amended Class Action Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) and 9(b) is **GRANTED**; and it is further

**ORDERED** that Plaintiff's Amended Class Action Complaint is **DISMISSED WITH PREJUDICE.**

_____
Hon. Freda Wolfson, U.S.D.J.