RECEIVED
JUL 30 2012
AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

MONTICH v. MIELE USA, INC.                Civil 11-2725

Order of Reassignment

It is on this 27th day of July, 2012

O R D E R E D that the entitled action is reassigned from

JUDGE FREDA L. WOLFSON TO JUDGE MICHAEL A. SHIPP.

S/Jerome B. Simandle
JEROME B. SIMANDLE, CHIEF JUDGE
UNITED STATES DISTRICT COURT