IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAISY MONTICH, individually and on behalf of all other similarly situated,<br><br>     Plaintiff,<br><br>   v.<br><br>MIELE USA, INC.,<br><br>     Defendant. | Civil Action No. 3:11-cv-02725-FLW-DEA |

**NOTICE OF APPEARANCE**

  Kindly enter the appearance of Christopher N. Tomlin, Esq., of the law firm Ballard Spahr LLP, as counsel for defendant in the above-captioned matter.

             /s Christopher N. Tomlin
            John B. Kearney, Esq.
            Christopher N. Tomlin, Esq.
            BALLARD SPAHR LLP
            210 Lake Drive East, Suite 200
            Cherry Hill, NJ  08002-1163
            T:  856.761.3400
            F:  856.761.1020
            kearneyj@ballardspahr.com
            tomlinc@ballardspahr.com

            *Attorneys for Defendant,*
            *Miele USA, Inc.*

Dated:  August 14, 2012

DMEAST #15520839 v1

## CERTIFICATE OF SERVICE

        I, Christopher N. Tomlin, certify that, on this day, I caused the foregoing Notice of Appearance to be electronically filed with the Court, with a courtesy copy served via ECF to the following counsel of record:

| | |
|---|---|
| James E. Cecchi, Esq.<br>Carella Byrne Cecchi<br>Olstein Brody & Agnello, P.C.<br>5 Becker Farm Road<br>Roseland, NJ 07068-1751<br>(973) 994-1700 | Jamie E. Weiss, Esq.<br>Julie D. Miller, Esq.<br>Freed & Weiss LLC<br>111 West Washington Street<br>Suite 1331<br>Chicago, IL  60602<br>(312) 220-0000 |
| Jonathan Shub, Esq.<br>Seeger Weiss LLP<br>1515 Market Street<br>Suite 1380<br>Philadelphia, PA  19102<br>(215) 564-2300 | |

Date:  August 14, 2012            /s/ Christopher N. Tomlin
                                                             Christopher N. Tomlin