James E. Cecchi
Caroline F. Bartlett
Donald A. Ecklund
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DAISY MONTICH, individually and on behalf of all others similarly situated,<br><br>                                    Plaintiff,<br><br>v.<br><br>MIELE USA, INC.,<br><br>                                    Defendant. | Civil Action No. 3:11-cv-02725 (MAS)(DEA)<br><br>*Filed Electronically* |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned attorney hereby enters his appearance on behalf of plaintiff Daisy Montich in the above captioned matter.

                                                     CARELLA, BYRNE, CECCHI,
                                                     OLSTEIN, BRODY & AGNELLO, P.C.


                                                     By:     /s/ Donald A. Ecklund
                                                               DONALD A. ECKLUND

Dated: December 14, 2012