James E. Cecchi
Caroline F. Bartlett
Donald A. Ecklund
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DAISY MONTICH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MIELE USA, INC.,<br><br>Defendant. | Civil Action No. 3:11-cv-02725 (MAS)(DEA)<br><br>*Filed Electronically* |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned attorney hereby enters her appearance on behalf of plaintiff Daisy Montich in the above captioned matter.

                              CARELLA, BYRNE, CECCHI,
                              OLSTEIN, BRODY & AGNELLO, P.C.


                              By:    */s/* Caroline F. Bartlett
                                     CAROLINE F. BARTLETT

Dated: December 14, 2012