IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

John B. Kearney, Esq.
kearneyj@ballardspahr.com
Christopher N. Tomlin, Esq.
tomlinc@ballardspahr.com
BALLARD SPAHR LLP
210 Lake Drive East, Suite 200
Cherry Hill, NJ  08002
Telephone: 856.761.3400
Facsimile: 856.761.1020
*Attorneys for Defendant Miele USA, Inc.*

| | |
|---|---|
| DAISY MONTICH, individually and on behalf of all other similarly situated,<br><br>     Plaintiff,<br><br>   v.<br><br>MIELE USA, INC.,<br><br>     Defendant. | Civil Action No. 3:11-cv-02725-MAS-DEA<br><br><br>**NOTICE OF MOTION** |

TO:  James E. Cecchi, Esquire
     Carella, Byrne, Cecchi,
     Olstein, Brody & Agnello, P.C.
     5 Becker Farm Road
     Roseland, NJ  07068
     (973) 994-1700
     *Attorneys for Plaintiff*

     **PLEASE TAKE NOTICE** that on March 18, 2013 at 10:00 am, or as soon

thereafter as counsel may be heard, the undersigned attorneys for Defendant, Miele USA, Inc.

("Defendant"), shall move before the Honorable Michael A. Shipp, United States District Judge,

at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ  08608,

for an Order Dismissing With Prejudice Counts I, II, and IV of Plaintiff's Second Amended

Class Action Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b).

**PLEASE TAKE FURTHER NOTICE** that the undersigned will rely upon the accompanying Brief in Support of Motion and Declaration (with attached exhibits).

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

A proposed form of Order is attached.

DATED:  February 11, 2013                Respectfully submitted,

/s/  Christopher N. Tomlin
John B. Kearney, Esq.
kearneyj@ballardspahr.com
Christopher N. Tomlin, Esq.
tomlinc@ballardspahr.com
BALLARD SPAHR LLP
210 Lake Drive East, Suite 200
Cherry Hill, New Jersey 08002
T: 856-761-3400
F: 856-761-1020

Of Counsel:

Mary T. Yelenick, Esq. (*Pro Hac Vice*)
MYelenick@chadbourne.com
Phoebe A. Wilkinson, Esq. (*Pro Hac Vice*)
PWilkinson@chadbourne.com
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, New York  10112
T: 212-408-5100
F: 212-541-5369

*Counsel for Defendant Miele USA, Inc.*