UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

DAISY MONTICH, individually and on behalf of all others similarly situated,

                    Plaintiff,

         -against-

MIELE USA, INC.,

                    Defendant.

Civil Action No. 3:11-cv-02725-MAS-DEA

---

## DECLARATION OF ROLAND WEINGARTNER IN SUPPORT OF MOTION BY DEFENDANT MIELE USA, INC. TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

ROLAND WEINGARTNER, hereby declares, pursuant to 28 U.S.C. § 1746, as follows:

1. I am the Vice President of Technical Services for Miele USA, Inc. ("Miele"). I have held this position since approximately June 10, 2010.

2. I submit this declaration in support of Miele's Motion to Dismiss Plaintiff's Second Amended Complaint.

3. I have reviewed the Second Amended Complaint ("SAC") filed in this action.

4. Plaintiff alleges that she purchased a Miele front load washing machine "on or about July 27, 2007." (SAC ¶ 6.) Plaintiff also alleges that Miele provided an express warranty with its front load washing machines. (SAC ¶ 21.)

5. Attached to this Declaration as Exhibit A is the Miele warranty that was provided to customers who purchased Miele front load washing machines on or about July 27, 2007. I retrieved this document from Miele's files, where it is maintained in the ordinary course of business.

6. Plaintiff alleges that "starting around the summer of 2008 she began experiencing problems with her Miele washing machine, specifically the machine began to have a mildew/mold odor" (SAC ¶ 29), and that she contacted Miele "about this problem." (SAC ¶ 31.) Plaintiff also alleges that Miele "sent her a Descaler to run in the machine on an empty cycle to allegedly remediate the mold/mildew problem." (SAC ¶ 31.)

7. Attached to this Declaration as Exhibit B are the screen prints of the service history for Plaintiff's washing machine. I retrieved these screen prints from Miele's files, where they are maintained in the ordinary course of business.

8. The screen prints refer to a service order executed on October 28, 2010, a telephone inquiry received from the customer on April 7, 2011, a telephone inquiry received from the customer on April 15, 2011, a telephone inquiry received on September 21, 2011 which resulted in a service order executed on October 3, 2011 (on one screen print) and a service order executed on October 12, 2012.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: Princeton, New Jersey
February 11, 2013

_____
Roland Weingartner

# EXHIBIT A

# LIMITED WARRANTY - RESIDENTIAL APPLIANCES USA

**Limited Warranty For Residential Appliances**

**What the Warranty covers and for what period the coverage extends**

Miele Inc. (hereinafter "Miele") warrants to the original purchaser of this product, living in the United States of America or Puerto Rico, who purchased their appliance from a Miele authorized distributor or dealer:

a. that this product, including all of its Miele authorized accessories, is free of defects in material and workmanship.

b. that this product, if found to be defective within the stated warranty period, will be repaired free of charge to the consumer (both parts and labor) by an authorized Miele service agent, provided the failure is reported directly to Miele.

The warranty period is one (1) year from the date of purchase. The warranty period will be extended an additional one (1) year if the product is properly installed and registered by an authorized Miele installer.

Residential appliances used for commercial purposes shall be warranted for a period of six (6) months from the date of purchase. Thereafter this Limited Warranty shall be null and void.

This warranty is only applicable while the product remains within the United States or Puerto Rico, and shall be null and void in any other US territories, possessions, or foreign countries.

**What is not covered by this Warranty**

This warranty does not cover damage or defects caused by or resulting from repairs, service or alterations to the product or any of its parts or accessories which have been performed by service centers or repairmen not authorized by Miele, or damage or defects caused by negligence, improper installation, accident, abuse, misuse, or improper maintenance of the product, its parts or accessories. Ordinary wear and tear shall not be considered a defect in materials or workmanship.

**Exclusion of Other Warranties**

Except for the limited warranty provided herein, Miele disclaims any and all other express warranties with respect to the product. Any warranty of merchantability or fitness for a particular purpose is limited in its duration to the term of the limited warranty provided herein.

Some states do not allow limitations on how long an implied warranty lasts, so the above limitation may not apply to you.

**Limitation of Liability for Special, Incidental or Consequential Damages**

Miele specifically disclaims any and all liability, whether directly or by way of indemnity, for special incidental, consequential or other damages, whether based on breach of contract, tort, strict or product liability, or any other legal theory.

Some states do not allow the exclusion or limitation of incidental or consequential damages, so the above limitation may not apply to you.

**Special State Laws**

This Limited Warranty gives you specific legal rights; you may have other rights, which vary, from state to state.

**Service**

For service under this Limited Warranty, or for information you may need about the product, please contact Miele at the US address listed on the back of this booklet, or visit us at www.miele.com.

**Authorized Miele Dealers**

To find an authorized Miele dealer in your area, please visit our website www.miele.com.

**MieleCare Extended Service Contracts**

Please visit www.store.miele.com.

3

# EXHIBIT B

in Equipment(1) - 11484001USA W4840 LC Washer

Checklist | Log

| Product/Order | Typ | Date | Status |
|---|---|---|---|
| W4840 LC Washer 854... | | 7/3/2007 | |
| 6800000020526(1) | Service Order | 10/28/2010 | transfe... |
| 6800000060722(1) | Enquiry Order | 4/7/2011 | comple... |
| 6800000062830(1) | Enquiry Order | 4/15/2011 | comple... |
| 6800000105637(1) | Service Order | 9/21/2011 | comple... |
| 6800000212325(1) | Service Order | 10/1/2012 | comple... |
| 68CP000002511 | Residential | 6/2/2011 | Closed |

| | |
|---|---|
| **Order** | |
| Type / OrdNo / ExtOrdNo | Service Order / 6800000105637 / - |
| Status / MatStat / InvStatus | completed / booked / Invoice sent to IBS |
| InvType / InvSubType / Price | 4 - Billable Call / 0001 - Repair / 175.00 USD |
| Created / Closed / InvDate | 9/21/2011 / 10/3/2011 / 10/4/2011 |
| InvNo / InvNoRef / OrdNoRef | 6800105692 / - / - |
| **Next activity** | |
| Mobile User | none / - |
| **Error Description** | |
| Sym1 | 1 - Function |
| Sym2 | 1 - No Function |
| FaultCode | |
| Condition | |
| Add. Info | Customer is reporing that she is getting a technical fault error mid cycle. she would like a tech to hook up MDU and run cycle and see what is going on with the machine. |
| | *** Customer is aware that call is billalbe** |
| **Product** | |
| ArtNo / ModelNo | 11484001USA / W4840 |
| ModelDesc | W4840 LC Washer |
| Rem | W4840 LC WASHER |
| PGrp / PType | Washing machines / - |
| SerialNo | 85458327 |
| PurchDate | 7/3/2007 |
| **Activities completed** | |
| | 9/22/11 usaoder cond:1 customer stated that he repeatedly gets the f63 fault, after inspecting appliance parts were ordered I will return when I have parts. |
| | 10/3/11 usaoder I returned with parts and replaced waterpath control unit and power electronic also ran a cycle and no faults. |
| **Service Items** | |
| | TRIP CHARG Trip Charge - Residential 1 175.00 [4 - Billable Call / 0001 - Repair] |
| | 06642233 WATER PATH CONTROL UNIT 1 174.30 [1 - Goodwill / 0001 - Service] |
| | 06921582 Power-/Control unit 1 616.64 [1 - Goodwill / 0001 - Service] |
| **Engineer** | |
| name / User | Oden / usaoder |
| Order start date / transferred | 10/3/2011 / 10/3/2011 |
| **respond code** | |
| Follow Up/Description | none / - |
| Follow Up 2/Reason | - |
| **Technician's Comments (Internal)** | |
| **Actions (realised)** | |
| M1 | / / Commissioning Fault / Maintenance / Repaired, Spares Fitted / |
| **Engineer** | |
| name / User | Oden / usaoder |
| Order start date / transferred | 9/22/2011 / 9/22/2011 |

Overview | Order Items | Service Items | Roles | Log/Attachments | History | Errorlist | Checklists | Qualification | Tasks

in Equipment(1) - 11484001USA W4840 LC Washer

Checklist | Log

| Product/Order | Typ | Date | Status |
|---|---|---|---|
| W4840 LC Washer 854... | | 7/3/2007 | |
| 6800000020526(1) | Service Order | 10/28/2010 | transfe... |
| 6800000060722(1) | Enquiry Order | 4/7/2011 | comple... |
| 6800000062830(1) | Enquiry Order | 4/15/2011 | comple... |
| 6800001105637(1) | Service Order | 9/21/2011 | comple... |
| 6800000212325(1) | Service Order | 10/1/2012 | comple... |
| 68CP000002511 | Residential | 6/2/2011 | Closed |

| | |
|---|---|
| **Order** | |
| Type / OrdNo / ExtOrdNo | Service Order / 6800000212325 / - |
| Status / MatStat / InvStatus | completed / booked / Invoice sent to IBS |
| InvType / InvSubType / Price | 1 - Goodwill / 0001 - Service / 0.00 USD |
| Created / Closed / InvDate | 10/1/2012 / 10/12/2012 / 10/15/2012 |
| InvNo / InvNoRef / OrdNoRef | 6800212692 / - / - |
| **Next activity** | |
| Mobile User | none / - |
| **Error Description** | |
| Sym1 | |
| Sym2 | |
| FaultCode | |
| Condition | |
| Add. Info | per tech required parts: |
| | 7177102 door lock 6261943 sealing ring 6947083 clamping ring |
| **Product** | |
| ArtNo / ModelNo | 11484001USA / W4840 |
| ModelDesc | W4840 LC Washer |
| Rem | W4840 LC WASHER |
| PGrp / PType | Washing machines / - |
| SerialNo | 85458327 |
| PurchDate | 7/3/2007 |
| **Activities completed** | |
| | usajonw, Jones, 10/12/2012 8:32 AM CON 3 :: Unit requires doorlock and concertina updates. |
| | usajonw, Jones, 10/12/2012 10:01 AM Replaced doorlock, sealing ring, clamping ring and concertina hose. tested unit at |
| | water level 3 in service mode. no leaks. |
| | Good will because these are unit updates. |
| **Service Items** | |
| | 05008240 LABOR-RESIDENTIAL 1 80.00 [1 - Goodwill / 0001 - Service] |
| | 05008300 TRIP AND/OR DIAGNOSIS CHARGE 1 110.00 [1 - Goodwill / 0001 - Service] |
| | 07353841 Concertina hose 1 23.07 [1 - Goodwill / 0001 - Service] |
| | 06261942 SEALING RING 1 150.78 [1 - Goodwill / 0001 - Service] |
| | 06947083 Clamping ring 1 14.99 [1 - Goodwill / 0001 - Service] |
| | 07177102 CONV.KIT FOR EL-MAG.DOOR LOCK 1 142.36 [1 - Goodwill / 0001 - Service] |
| **Engineer** | |
| name / User | Jones / usajonw |
| Order start date / transferred | 10/12/2012 / 10/11/2012 |
| **respond code** | |
| Follow Up/Description | none / - |
| Follow Up 2/Reason | - |
| **Technician's Comments (Internal)** | |
| **Actions (realised)** | |
| M1 | / / Mechanical Fault / Chap Overlarge / Repaired, Spares Fitted / |















