## **CERTIFICATE OF SERVICE**

I, Christopher N. Tomlin, certify that, on this day, I caused the foregoing Motion by Defendant Miele USA, Inc. to Dismiss Plaintiff's Second Amended Class Action Complaint to be electronically filed with the Court, with a courtesy copy served via ECF and regular mail to the following counsel of record:

| | |
|---|---|
| James E. Cecchi, Esq.<br>Carella Byrne Cecchi<br>Olstein Brody & Agnello, P.C.<br>5 Becker Farm Road<br>Roseland, NJ 07068-1751<br>(973) 994-1700 | Jamie E. Weiss, Esq.<br>Julie D. Miller, Esq.<br>Freed & Weiss LLC<br>111 West Washington Street<br>Suite 1331<br>Chicago, IL  60602<br>(312) 220-0000 |
| Jonathan Shub, Esq.<br>Seeger Weiss LLP<br>1515 Market Street<br>Suite 1380<br>Philadelphia, PA  19102<br>(215) 564-2300 | |

Date:  February 11, 2013       /s/ Christopher N. Tomlin
                                Christopher N. Tomlin